

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| ANTHONY AGUILAR AND BENITA CASTILLO VILLASENOR, | § | No. 08-14-00183-CV |
|  | § | Appeal from the |
| Appellants, | | |
|  | § | County Court at Law No. 3 |
| v. | | |
|  | § | of El Paso County, Texas |
| JACK SINTON, RICHARD RUDNICK AND DENNIS HAMMETT, | § | (TC# 2011-2349) |
|  | | |
| Appellees. | § | |
|  | § | |

**O R D E R**

The Court GRANTS the Appellants' third motion for extension of time within which to file the brief until **November 17, 2014**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANTS' BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Anthony C. Aguilar, the Appellants' attorney, prepare the Appellants' brief and forward the same to this Court on or before November 17, 2014.

IT IS SO ORDERED this 28th day of October, 2014.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.